UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINAY K. AWASTHI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | Case No. 24-cv-05621-TSH<br><br>**ORDER LIFTING SEAL** |

Plaintiff Vinay Awasthi brings this complaint alleging Defendant Intel Corporation violated the federal False Claims Act by making "false claims about health of its platforms[.]" Compl. at 21, ECF No. 1.  On January 24, 2025, the government filed a Notice of Election to Decline Intervention and requested that this matter be unsealed.  ECF No. 14.  As such, the Court directed Plaintiff to show cause by February 27, 2025, why this matter should remain under seal.  ECF No. 15.  Plaintiff has failed to respond.  Accordingly, the Court hereby **GRANTS** the government's request and **LIFTS** the seal in this matter.  All previous filings in this action are **UNSEALED**, and the seal is lifted as to all matters subsequently occurring in this action, including this order.

**IT IS SO ORDERED.**

Dated: March 4, 2025

THOMAS S. HIXSON
United States Magistrate Judge