UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINAY K. AWASTHI,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Case No. 24-cv-05621-TSH<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Vinay Awasthi brings this complaint alleging Defendant Intel Corporation violated the federal False Claims Act by making "false claims about health of its platforms[.]" Compl. at 21, ECF No. 1. On January 24, 2025, the government filed a Notice of Election to Decline Intervention. ECF No. 14. As such, the Court ordered Plaintiff to file by February 27, 2025 either a notice of appearance through counsel or an amended complaint. ECF No. 15. Plaintiff has failed to respond.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by March 20, 2025. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that you do not intend to prosecute, and this case will likely be dismissed</u>. Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: March 4, 2025

THOMAS S. HIXSON
United States Magistrate Judge